IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Stephen Duane Makes Him First, | ) | Case No.: 1:25-cr-00188 |
| | ) | |
| Defendant. | ) | |

On September 10, 2025, the court convened for a detention hearing and ordered Defendant conditionally released. (Doc. Nos. 17, 18). The same day, the court received notice from United States Probation and Pretrial Services that Defendant was unable to be transported as anticipated on September 10, 2025. Accordingly, the court **VACATES** its order conditionally releasing Defendant. (See Doc. No. 18). Defendant shall submit a new travel itinerary to United States Probation and Pretrial Services for its review and approval. Upon receipt, the court shall revisit the issue of release or detention.

**IT IS SO ORDERED.**

Dated this 10th day of September, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court